# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2024-2586
_____

EDNISHA CHRYISSE BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Santa Rosa County.
J. Scott Duncan, Judge.

January 7, 2025

PER CURIAM.

DISMISSED.

ROWE, RAY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ednisha Chryisse Brown, pro se, Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.